FULLER, Respondent, v. BIEN, Appellant. (Supreme Court, Appellate Division, Second Department. May 12, 1908.) Action by Laura M. Fuller against Franklin Bien. No opinion. Motion denied.

FULLER, Respondent, v. BIEN, Appellant. (Supreme Court, Appellate Division, Second Department. May 12, 1908.) Action by Laura M. Fuller against Franklin Bien. No opinion. Order affirmed, with $10 costs and disbursements.

FULTON COUNTY GAS & ELECTRIC CO., Respondent, v. HUDSON RIVER TELEPHONE CO., Appellant. (Supreme Court, Appellate Division, Third Department. May 22, 1908.) Action by the Fulton County Gas & Electric Company against the Hudson River Telephone Company. No opinion. Order affirmed, with $10 costs and disbursements.

GALET, Appellant, v. VERBEECK, Respondent. (Supreme Court, Appellate Division, Second Department. April 24, 1908.) Action by Frank Galet against Louis Verbeeck. No opinion. Order affirmed on argument, with $10 costs and disbursements.

GASTEL v. CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. May 12, 1908.) Action by Charles Gastel against the City of New York.

PER CURIAM. Plaintiff's exceptions sustained, and a new trial granted, with costs to the appellant.

JENKS and MILLER. JJ., dissent.

GEITZHOLTZ, Appellant, v. FELDMAUS et al. Respondents. (Supreme Court, Appellate Division, First Department. May 29, 1908.) Action by Samuel Geitzholtz against Abraham Feldmaus and others. M. Schleimer, for appellant. S. Hoffman, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

GENSS v. J. M. GUFFEY PETROLEUM CO. (Supreme Court, Appellate Division, First Department. May 29, 1908.) Action by Herman Genss against the J. M. Guffey Petroleum Company. No opinion. Motion denied. Order filed.

GEOGHEGAN, Respondent, v. CHATTERTON et al., Appellants. (Supreme Court, Appellate Division, First Department. May 15, 1908.) Action by Patrick A. Geoghegan against Bertha W. Chatterton and another. W. W. Smith, for appellants. J. F. Higgins, for respondents.

PER CURIAM. Judgment and order affirmed with costs, on 113 App. Div. 835, 99 N. Y. Supp. 702. Order filed.

INGRAHAM, J., dissents, on former opinion.

GIENTY, Appellant, v. KNIGHTS OF COLUMBUS, Respondent. (Supreme Court, Appellate Division, Second Department. May 8, 1908.) Action by Michael Gienty against the Knights of Columbus. No opinion. Judgment (55 Misc. Rep. 98, 105 N. Y. Supp. 244) affirmed, with costs.

GITLER et al., Respondents, v. RUSSIAN CO., Appellant. (Supreme Court, Appellate Division, First Department. May 1, 1908.) Action by Abraham Gitler and another against the Russian Company. P. Fuller, Jr., for appellant. A. D. Lind, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See 108 N. Y. Supp. 793.

GLASSER, Respondent, v. SMIGEL, Appellant. (Supreme Court, Appellate Division, Second Department. May 12, 1908.) Action by Paul Glasser against Rose Smigel. No opinion. Judgment of the Municipal Court affirmed, with costs.

GODDARD v. AMERICAN PEROXIDE & CHEMICAL CO. et al. (Supreme Court, Appellate Division, First Department. May 1, 1908.) Action by Charles H. Goddard against the American Peroxide and Chemical Company and others. From an order denying a motion for an injunction pendente lite, plaintiff appeals. Affirmed. S. S. Menken, for appellant. Langdon P. Marvin, for respondents.

PER CURIAM. Without passing upon the question as to whether or not the defendant is guilty of unfair competition in business such as would justify an injunction, as that question should be left to the trial of the action, we think the order appealed from should be affirmed, with $10 costs and disbursements.

GOJSOVIC, Respondent, v. RAIL & SAIL PUB. CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. April 24, 1908.) Action by Bozo Gojsovic against the Rail & Sail Publishing Company and another. J. J. Delany, for appellants. J. T. Booth, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

GOLDMAN, Appellant, v. DRY DOCK, E. B. & B. R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. April 24, 1908.) Action by Ida Goldman against the Dry Dock, East Broadway & Battery Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

GOLDSTEIN, Appellant, v. NEW YORK CITY RY. CO., Respondent. (Supreme Court, Appellate Division, First Department. May 15, 1908.) Action by Isidore Goldstein against the New York City Railway Company. I. Silver, for appellant. B. H. Ames, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.